1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA DEL CARMEN VILLANUEVA, and DOES 1-50.<br><br>    Defendants. | Case No. 2:16-cv-00141-JAK-PLA<br><br>**FINAL JUDGMENT**<br><br>**JS-6**<br><br>Complaint Filed: January 7, 2016<br>Hon. John A. Kronstadt |
|---|---|

# AGREED FINAL JUDGMENT

THIS AGREED FINAL JUDGMENT is made and entered into as of the date set forth below by and between American General Life Insurance Company ("Plaintiff") and Maria Del Carmen Villanueva ("Defendant"):

1. The Court ORDERS that Plaintiff recover on its claim for declaratory relief and rescission and American General Life Insurance Company Policy Number YME1709029 is hereby null, void, and rescinded *ab initio*;
2. Each party shall bear its own costs and attorneys' fees;
3. All relief not awarded herein is denied;
4. This judgment is final and disposes of all claims and all parties.

**IT IS SO ORDERED**

DATE:  November 28, 2016

*/s/*

**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**